# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GIORA GRIFFEL, et al., | |
| *Plaintiffs,* | CIVIL ACTION |
| v. | NO. 23-193 |
| RSUI GROUP, INC., | |
| *Defendant.* | |

## ORDER

**AND NOW**, this 11th day of December 2023, upon consideration of Covington Specialty Insurance Company's[1] Motion for Summary Judgment (ECF No. 11) and supplemental filings (ECF No. 13), and Giora Griffel's Cross-Motion for Summary Judgment (ECF No. 12) and supplemental filings (ECF Nos. 14, 15), it is **ORDERED** that Covington's Motion is **GRANTED**, Griffel's Motion is **DENIED** and **JUDGMENT IS ENTERED** in favor of Covington and against Griffel.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*

GERALD J. PAPPERT, J.

---

[1] Plaintiff has improperly identified Covington as RSUI Group, Inc. (ECF No. 11.)